UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VICTORY LANE QUICK OIL CHANGE, INC., a Michigan corporation, | Case No. 1:16-cv-2252-PAG |
| Plaintiff, | Hon. Patricia A. Gaughan |
| v. | Mag. Judge Thomas M. Parker |
| RICHARD F. MILLER, an individual, GERALDINE A. MILLER, an individual, and DAVID S. MILLER, an individual, | **STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE AND WITHOUT COSTS** |
| Defendants, jointly and severally, | |
| and | |
| WESTFIELD INSURANCE COMPANY, an Ohio corporation, | |
| Intervening Defendant/ Counterclaim-Plaintiff/ Crossclaim-Plaintiff, | |
| v. | |
| VICTORY LANE QUICK OIL CHANGE, INC., a Michigan corporation, | |
| Counterclaim-Defendant, | |
| and | |
| RICHARD F. MILLER, an individual, and GERALDINE A. MILLER, an individual, | |
| Crosssclaim-Defendants. | |
| _____/ | |

| | |
|---|---|
| TISHKOFF PLC<br>By: William G. Tishkoff (State Bar of Michigan, P45165)<br>And: Sarah L. Wixson (State Bar of Michigan, P76496)<br>Attorneys for Plaintiff/<br>Counterclaim-Defendant<br>407 North Main Street<br>Ann Arbor, MI 48104<br>(734) 663-4077<br>will@tishlaw.com<br>sarah@tishlaw.com | SHAPERO & GREEN LLC<br>By: Brian Green (0063921)<br>And: James A. Marx (0038999)<br>Attorneys for Defendants/<br>Crossclaim-Defendants Richard F. Miller and Geraldine A. Miller<br>Signature II, Suite 220<br>25101 Chagrin Blvd.<br>Beachwood, OH 44122<br>bgreen@shaperolaw.com<br>jmarx@shaperolaw.com |
| LIEBERMAN, DVORIN & DOWN, LLC<br>By: Evan T. Byron (0081100)<br>Attorneys for Defendant David S. Miller<br>Pepper Pike Place, Suite 300<br>30195 Chagrin Boulevard<br>Pepper Pike, OH 44124<br>Evan@lddlegal.com | PELINI, CAMPBELL & WILLIAMS LLC<br>By: Kristen E. Campbell Traub (0066452)<br>And: Kyle A. Johnson (0091050)<br>Attorneys for Defendants/<br>Crossclaim-Defendants Richard F. Miller and Geraldine A. Miller<br>8040 Cleveland Avenue NW<br>Suite 400<br>North Canton, OH 44720<br>kec@pelini-law.com<br>kajohnson@pelini-law.com |
| COLLINS, ROCHE, UTLEY & GARNER, LLC<br>By: Paul D. Eklund (0001132)<br>Attorneys for Intervening Defendant/<br>Counterclaim-Plaintiff/Crossclaim-Plaintiff Westfield Insurance Company<br>800 Westpoint Parkway, Suite 1100<br>Cleveland, OH 44145<br>peklund@cruglaw.com | |

_____/

## STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE AND WITHOUT COSTS

This matter having come before the Court by stipulation of the parties; the parties having agree to settle this matter; and the Court being otherwise advised of the premises,

**IT IS ORDERED** that:

 1. The above-captioned action, including the parties' claims, counterclaims and

2

crossclaims, is dismissed with prejudice; and

2. The parties will bear their own costs and attorney fees relating to the above-captioned matter.

| | |
|---|---|
| Date: 7/13/17 | /s/ Patricia A. Gaughan<br>Hon. Patricia A. Gaughan<br>District Court Judge |

Entry of order stipulated to by:

| TISHKOFF PLC | SHAPERO & GREEN LLC |
|---|---|
| /s/ William G. Tishkoff<br>By: William G. Tishkoff (State Bar of Michigan, P45165)<br>And: Sarah L. Wixson (State Bar of Michigan, P76496)<br>Attorneys for Plaintiff<br>407 North Main Street<br>Ann Arbor, MI 48104<br>(734) 663-4077<br>will@tishlaw.com<br>sarah@tishlaw.com | /s/ Brian Green (with permission)<br>By: Brian Green (0063921)<br>And: James A. Marx (0038999)<br>Attorneys for Defendants Richard F. Miller and Geraldine A. Miller<br>Signature II, Suite 220<br>25101 Chagrin Blvd.<br>Beachwood, OH 44122<br>bgreen@shaperolaw.com<br>jmarx@shaperolaw.com |
| Dated: July 13, 2017 | Dated: July 13, 2017 |

**[*Signatures continued on next page*]**

LIEBERMAN, DVORIN &
DOWN, LLC

/s/  Evan T. Byron (with permission)
By: Evan T. Byron (0081100)
Attorneys for Defendant David S. Miller
Pepper Pike Place, Suite 300
30195 Chagrin Boulevard
Pepper Pike, OH 44124
Evan@lddlegal.com

Dated:  July 13, 2017

COLLINS, ROCHE, UTLEY &
GARNER, LLC

/s/  Paul D. Eklund (with permission)
By:  Paul D. Eklund (0001132)
Attorneys for Intervening Defendant,
Westfield Insurance Company
800 Westpoint Parkway, Suite 1100
Cleveland, OH 44145
peklund@cruglaw.com

Dated:  July 13, 2017

PELINI, CAMPBELL
& WILLIAMS LLC

/s/  Kristen Traub (with permission)
By:  Craig G. Pelini (0019221)
And:  Kristen E. Campbell
Traub (0066452)
And:  Kyle A. Johnson (0091050)
Attorneys for Defendants Richard
F. Miller and Geraldine A. Miller
8040 Cleveland Avenue NW
Suite 400
North Canton, OH 44720
cgp@pelini-law.com
kajohnson@pelini-law.com
kec@pelini-law.com

Dated:  July 13, 2017